```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF INDIANA
                   HAMMOND DIVISION
```

```
MICHAEL CASTILLO,              )
                               )
          Plaintiff            )
                               )
     v.                        )   Case No. 2:03 cv 480
                               )
POLLUTION CONTROL INDUSTRIES,  )
INC.,                          )
                               )
          Defendant            )
```

## REPORT AND RECOMMENDATION

This matter was scheduled for a Status Conference on June 10, 2005.  Attorney Wanda Jones appeared on behalf of the defendant.  The plaintiff, Michael Castillo, failed to appear.  An Order was entered on June 10, 2005, directing the plaintiff to inform the court within 10 days, in writing, as to why he failed to appear for the status conference.  To date, no response has been filed.  Therefore, it is **RECOMMENDED** that this matter be **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure Rule 41(b) for lack of prosecution.

Pursuant to 28 U.S.C. ß636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies delivered to the Chambers of the Honorable Rudy Lozano, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich.  The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  ***Willis***

*v. Caterpillar, Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170 F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 18th day of January, 2006

                                            s/ Andrew P. Rodovich
                                               United States Magistrate Judge