IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

```
MICHAEL CASTILLO,                )
                                 )
Plaintiff,                       )
                                 )
vs.                              )   NO. 2:03-CV-480
                                 )
POLLUTION CONTROL INDUSTRIES,    )
INC.,                            )
```

### ORDER

This matter is before the Court on Magistrate Judge Rodovich's Report and Recommendation, filed on January 18, 2006. Upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Clerk is **ORDERED** to **DISMISS** this case **with prejudice**.

Magistrate Judge Rodovich conducted a status conference on June 10, 2005. The now pro se Plaintiff, Michael Castillo, failed to attend. Consequently, Plaintiff was given 10 days to show cause why he failed to attend the status conference. Specifically, Plaintiff was to file an affidavit explaining the reason for his absence. Plaintiff never filed such an affidavit. To afford the pro se Plaintiff another opportunity, on July 1, 2005, Magistrate Judge Rodovich again issued an order, requiring Plaintiff to explain why he failed to attend the June status conference. This time, Plaintiff was to file the affidavit on or before July 15, 2005. Plaintiff again failed to file the required affidavit explaining his absence.

As a result, Magistrate Judge Rodovich issued the instant Report and Recommendation, recommending the dismissal of this case for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  More than 10 days has passed and no party filed any objection to the Report and Recommendation.  *Willis v. Caterpillar*, Inc., 199 F.3d 902, 904 (7th Cir. 1999)(explaining that the failure to file a timely objection – within 10 days – will result in the waiver of the right to challenge a report and recommendation).

**DATED:  February 7, 2006**          **/s/RUDY LOZANO, Judge**
                                      **United States District Court**